IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

AFFTON FABRICATING & WELDING CO.,
INC., and AMERISURE MUTUAL INSURANCE
COMPANY,

Plaintiffs/Counter-Defendants,

v.

CAROLINA CASUALTY INSURANCE
COMPANY,

Defendant/Counter-Plaintiff.                                          No. 10-0084-DRH

## ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management. On August 23, 2010, Affton Fabricating & Welding Co., Inc., and Amerisure Mutual Insurance Company filed a reply to response to motion for summary judgment (Doc. 31). **Local Rule 7.1(c)** provides in part: "Reply briefs are not favored and should be filed only in exceptional circumstances. The party filing the reply brief should state the exceptional circumstances." The reply does not state the exceptional circumstances. Thus, the Court **STRIKES** the August 23, 2010 reply brief (Doc. 31).

**IT IS SO ORDERED.**

Signed this 24th day of August, 2010.

/s/    David R Herndon
**Chief Judge**
**United States District Court**