IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

AFFTON FABRICATING & WELDING CO.,
INC., and AMERISURE MUTUAL INSURANCE
COMPANY,

Plaintiffs/Counter-Defendants,

v.

CAROLINA CASUALTY INSURANCE
COMPANY,

Defendant/Counter-Plaintiff.          No. 10-0084-DRH

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is Affton Fabricating & Welding Co., Inc. and Amerisure Mutual Insurance Company's motion for leave to file reply brief instanter (Doc. 33). The Court **DENIES** at this time the motion. While the proposed reply brief states that exceptional circumstances as required by the Local Rules, it violates Local Rule 7.1(c) in that it is more than five pages in length.[1] Thus, the Court **ALLOWS** Affton Fabricating & Welding Co., Inc. and Amerisure Mutual Insurance Company's leave to file a reply brief that comports with the Local Rules.

**IT IS SO ORDERED.**

Signed this 25th day of August, 2010.

/s/ David R. Herndon
**Chief Judge
United States District Court**

---

[1] **Local Rule 7.1(c)** also states: "Reply briefs shall not exceed 5 pages. Requests for additional pages are not allowed."