# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**AFFTON FABRICATING & WELDING CO.,
INC., and AMERISURE MUTUAL INSURANCE
COMPANY**,

**Plaintiffs/Counter-Defendants,**

**v.**

**CAROLINA CASUALTY INSURANCE
COMPANY,**

**Defendant/Counter-Plaintiff.**                                        **No. 10-0084-DRH**

## ORDER

**HERNDON, Chief Judge:**

Pending before the Court is Carolina Casualty Insurance Company's June 17, 2011 motion to stay enforcement of January 24, 2011 Judgment pending appeal (Doc. 50).  As of this date, plaintiffs/counter-defendants have not responded to the motion. Based on the reasons stated in the motion, the Court **GRANTS** the motion.  The Court **STAYS** the enforcement of its January 24, 2011 Judgment pending resolution of the appeal.

   **IT IS SO ORDERED.**

   Signed this 29th day of July, 2011.

David R. Herndon
2011.07.29
10:40:44 -05'00'

**Chief Judge
United States District Court**